## WILLIAM G. ACKERMAN v. CHARLES E. GORTON.

*Will — vested remainder — lien of judgment on — power of sale.*

A testator by his will devised his real estate to his wife, to be used and enjoyed by her during the term of her natural life, " and from and immediately after her decease " he devised the same to his children, naming them. By a codicil he authorized his wife to sell and dispose of the real estate, upon the condition that the sale should be subject to the approval of each and every of the heirs of his estate, surviving at the time of such sale. Subsequently, and after the recovery of a judgment against one of the children, the widow, with the consent and approval of all the heirs, sold the property. *Held*, that the children took vested estates in remainder in the real estate, immediately upon the decease of the testator; that the judgment subsequently recovered, became a lien upon the share of the judgment debtor, and that the same could not be cut off by the sale under the power.

*Livingston* v. *Greene* (52 N. Y., 118) followed.

CONTROVERSY submitted without action, under section 372 of the Code.

*Ralph E. Prime*, for plaintiff. *Matt. H. Ellis*, for defendant.

Opinion by BARNARD, P. J.

Present— BARNARD, P. J., TAPPEN and TALCOTT, JJ.

Judgment for defendant, upon submitted case, with costs.